**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| TOUCHSTREAM TECHNOLOGIES, INC.,<br><br>         Plaintiff,<br><br>   v.<br><br>TCL TECHNOLOGY GROUP CORPORATION ET AL.,<br><br>         Defendants. | Civil Action No. 2:26-cv-00102-JRG |

**ORDER**

Before the Court is the Joint Motion to Amend Docket Control Order.  Having considered the motion, the Court finds that it should be **GRANTED**.

It is therefore **ORDERED** that the following schedule is in effect:

| Original Deadline | Amended Deadline | Event |
|---|---|---|
| August 31, 2026 | September 21, 2026 | Comply with Standing Order Regarding Subject-Matter Eligibility Contentions |
| August 31, 2026 | September 21, 2026 | Comply with P.R. 3-3 & 3-4 (Invalidity Contentions) |
| August 10, 2026 | Unchanged | *File proposed Protective Order and Comply with Paragraphs 1 & 3 of the Discovery Order (Initial and Additional Disclosures)<br><br>The proposed Protective Order shall be filed as a separate motion with the caption indicating whether or not the proposed order is opposed in any part. |
| August 3, 2026 | Unchanged | * File proposed Discovery Order<br><br>The proposed Discovery Order shall be filed as a separate motion with the caption |

1

2

| | | indicating whether or not the proposed order is opposed in any part. |
|---|---|---|
| July 27, 2026 | Unchanged | Join Additional Parties |
| July 20, 2026 | Unchanged | Scheduling Conference |
| July 6, 2026 | July 27, 2026 | Comply with P.R. 3-1 & 3-2 (Infringement Contentions) |

**(\*) indicates a deadline that cannot be changed without an acceptable showing of good cause. Good cause is not shown merely by indicating that the parties agree that the deadline should be changed.**

    **So ORDERED and SIGNED this 1st day of July, 2026.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE

2