IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

TOUCHSTREAM TECHNOLOGIES, INC.,   §
§
Plaintiff,   §
§
v.   §
§
§   CASE NO. 2:26-cv-00102-JRG
TCL TECHNOLOGY GROUP CORP.;   §
TCL INDUSTRIES HOLDINGS CO., LTD.;   §   **JURY TRIAL DEMANDED**
TCL ELECTRONICS HOLDINGS, LTD.; and   §
SHENZHEN TCL NEW TECHNOLOGY   §
CO., LTD.,   §
§
Defendants.   §
§

## NOTICE OF APPEARANCE OF COUNSEL

Defendants TCL Technology Group Corp., TCL Industries Holdings Co., Ltd., TCL Electronics Holdings, Ltd., and Shenzhen TCL New Technology Co., Ltd. (collectively, "Defendants") file this Notice of Appearance of Counsel and hereby notify the Court that Michael E. Jones, of the law firm Potter Minton, P.C., 102 N. College Ave., Suite 900, Tyler, Texas 75702 is appearing as counsel for Defendants.  All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: July 15, 2026

Respectfully submitted,

By: */s/ Michael E. Jones*
      Michael E. Jones
      State Bar No. 10929400
      mikejones@potterminton.com
      POTTER MINTON, P.C.
      102 N. College Ave., Suite 900
      Tyler, Texas 75702
      Tel: (903) 597-8311
      Fax: (903) 593-0846

      **Attorneys for Defendants**
      **TCL Technology Group Corp.,**
      **TCL Industries Holdings Co., Ltd.,**
      **TCL Electronics Holdings, Ltd., and**
      **Shenzhen TCL New Technology Co., Ltd.**

2