**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **TOUCHSTREAM TECHNOLOGIES, INC.,** | |
| *Plaintiff,* | |
| v. | Case No. 2:26-cv-00102 |
| **TCL TECHNOLOGY GROUP CORP., TCL INDUSTRIES HOLDINGS CO., LTD.; TCL ELECTRONICS HOLDINGS, LTD.; and SHENZHEN TCL NEW TECHNOLOGY CO., LTD.,** | **JURY TRIAL DEMANDED** |
| *Defendants.* | |

## JOINT MOTION FOR ENTRY OF DISCOVERY ORDER

Plaintiff Touchstream Technologies, Inc. ("Touchstream") and Defendants TCL Technology Group Corp., TCL Industries Holdings Co., Ltd., TCL Electronics Holdings, Ltd., and Shenzhen TCL New Technology Co., Ltd. ("TCL") jointly move the Court to enter the proposed Discovery Order attached hereto.

[*signature on following page*]

Date: August 3, 2026

Respectfully submitted,

| | |
|---|---|
| /s/ *Anita Liu* | /s/ *Bradford A. Cangro* |
| Anita Liu (TX Bar No. 24134054) | Bradford A. Cangro (Admitted in TXED) |
| Ryan D. Dykal (MO State Bar No. 60905) | D.C. Bar No. 495996 |
| **BOIES SCHILLER FLEXNER LLP** | bradford.cangro@pvuslaw.com |
| 1401 New York Ave, NW | Jacob A. Snodgrass (Admitted in TXED) |
| Washington, DC 20005 | D.C. Bar No. 982661 |
| (t): 202-274-1109 | jacob.snodgrass@pvuslaw.com |
| rdykal@bsfllp.com | Ghee J. Lee (Admitted in TXED) |
| aliu@bsfllp.com | D.C. Bar No. 1019706 |
| | ghee.lee@pvuslaw.com |
| **Counsel for Plaintiff Touchstream** | **PV LAW LLP** |
| **Technologies, Inc.** | 5335 Wisconsin Avenue, N.W. Suite 440 |
| | Washington, D.C. 20015 |
| | T: (202) 371-6861 |
| | F: (202) 888-3163 |

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Shaun W. Hassett
State Bar No. 24074372
shaunhassett@potterminton.com
**POTTER MINTON, P.C.**
102 N. College Ave., Suite 900
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

*Attorneys for Defendants TCL Technology Group Corporation, TCL Industries Holdings Co., Ltd., TCL Electronics Holdings Limited, and Shenzhen TCL New Technology Co., Ltd.*

- 2 -

## CERTIFICATE OF CONFERENCE

Counsel for the parties have complied with the meet-and-confer requirements of Local Rule CV-7(h). The parties were able to reach agreement regarding all provisions. This motion is joint.

*/s/ Anita Liu*
Anita Liu

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document is being served through CM/ECF on August 3, 2026.

*/s/ Anita Liu*
Anita Liu