**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

|  |  |
|---|---|
| TOUCHSTREAM TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> TCL TECHNOLOGY GROUP CORP.; TCL INDUSTRIES HOLDINGS CO., LTD.; TCL ELECTRONICS HOLDINGS, LTD.; AND SHENZHEN TCL NEW TECHNOLOGY CO., LTD., <br><br> Defendants. | Civil Action No. 2:26-cv-00102-JRG <br><br> JURY TRIAL DEMANDED |

**UNOPPOSED MOTION TO WITHDRAW APPEARANCE OF
JING ZHAO AS COUNSEL FOR DEFENDANTS**

Pursuant to Local Rule 11(c), Defendants TCL Technology Group Corp., TCL Industries Holdings Co., Ltd., TCL Electronics Holdings, Ltd., and Shenzhen TCL New Technology Co., Ltd. (collectively, "Defendants") respectfully request the Court for leave to withdraw the appearance of Jing Zhao of PV Law LLP, one of the attorneys for the record for Defendants, as counsel of record, and in support state:

1.      Jing Zhao is no longer an attorney at PV Law LLP.  The other attorneys at PV Law LLP, namely Bradford A. Cangro, Jacob A. Snodgrass, and Ghee J. Lee will continue to represent defendants in this matter along with Michael E. Jones and Shaun W. Hassett of Potter Minton, P.C.

1

300087-1794124434-587

2.      Neither Plaintiff nor Defendants will be prejudiced by the withdrawal of Jing

Zhao as counsel for Defendants, and counsel for Plaintiff has indicated there is no objection to

this motion.


Dated: August 3, 2026                          Respectfully submitted,

                                               */s/ Bradford A. Cangro*
                                               Bradford A. Cangro (Admitted in TXED)
                                               D.C. Bar No. 495996
                                               bradford.cangro@pvuslaw.com
                                               Jacob A. Snodgrass (Admitted in TXED)
                                               D.C. Bar No. 982661
                                               jacob.snodgrass@pvuslaw.com
                                               Ghee J. Lee (Admitted in TXED)
                                               D.C. Bar No. 1019706
                                               ghee.lee@pvuslaw.com
                                               PV Law LLP
                                               5335 Wisconsin Avenue, N.W., Suite 440
                                               Washington, D.C. 20015
                                               T: (202) 371-6861
                                               F: (202) 888-3163

                                               Michael E. Jones
                                               State Bar No. 10929400
                                               mikejones@potterminton.com
                                               Shaun W. Hassett
                                               State Bar No. 24074372
                                               shaunhassett@potterminton.com
                                               POTTER MINTON, P.C.
                                               102 N. College Ave., Suite 900
                                               Tyler, Texas 75702
                                               Tel: (903) 597-8311
                                               Fax: (903) 593-0846

                                               *Attorneys for Defendants*

300087-1794124434-587

**CERTIFICATE OF CONFERENCE**

I hereby certify that the meet and confer requirements in Local Rule CV-7(h) have been met.  Plaintiff does not oppose the relief requested.

/s/ Bradford A. Cangro
Bradford A. Cangro

**CERFITICATE OF SERVICE**

The undersigned attorney hereby certifies that the foregoing document was filed with the Court's CM/ECF system on August 3, 3026, and thereby caused to be served on all counsel of record registered to receive such service.

/s/ Bradford A. Cangro
Bradford A. Cangro

3

300087-1794124434-587