**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| TOUCHSTREAM TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> TCL TECHNOLOGY GROUP CORP.; TCL INDUSTRIES HOLDINGS CO., LTD.; TCL ELECTRONICS HOLDINGS, LTD.; AND SHENZHEN TCL NEW TECHNOLOGY CO., LTD., <br><br> Defendants. | Civil Action No. 2:26-cv-00102-JRG <br><br> JURY TRIAL DEMANDED |

## <u>PROPOSED ORDER</u>

The Court, having reviewed Defendants' Motion to Withdraw Appearance of Jing Zhao, one of the attorneys of record for Defendants, and having been advised that there is no objection to the motion and that Defendants will continue to have representation of counsel, therefore finds the Motion should be and hereby is GRANTED.