**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| TOUCHSTREAM TECHNOLOGIES, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:26-CV-00102-JRG |
| | § | |
| TCL TECHNOLOGY GROUP CORP.; TCL | § | |
| INDUSTRIES HOLDINGS CO., LTD.; TCL | § | |
| ELECTRONICS HOLDINGS, LTD.; AND | § | |
| SHENZHEN TCL NEW TECHNOLOGY CO., | § | |
| LTD., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Unopposed Motion to Withdraw Jing Zhao as Counsel for Defendants (the "Motion") filed by Defendants TCL Technology Group Corp., TCL Industries Holdings Co., Ltd., and Shenzhen TCL New Technology Co., Ltd. (together, "Defendants"). (Dkt. No. 22). In the Motion, Defendants request Mr. Jing Zhao to be withdrawn as Counsel for Defendants because Mr. Zhao is no longer an attorney at PV Law LLP. (*Id*. at 1). Defendants state that they will be represented by other attorneys at PV Law LLP. (*Id.*). The Motion is unopposed. (*Id*. at 2).

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Jing Zhao be permitted to withdraw as counsel of record for Defendants in the above-captioned case. It is further **ORDERED** that the Clerk of Court shall terminate Jing Zhao as counsel and all electronic notifications to same.

**So ORDERED and SIGNED this 6th day of August, 2026.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE