**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| TOUCHSTREAM TECHNOLOGIES, INC., | |
| Plaintiff, | CASE NO. 2:26-CV-00102-JRG |
| v. | JURY TRIAL DEMANDED |
| TCL TECHNOLOGY GROUP CORP., et al., | |
| Defendants. | |

**PLAINTIFF'S NOTICE OF SERVICE OF**
**INITIAL AND ADDITIONAL DISCLOSURES**

Defendants TCL Technology Group Corp. ("TCL Technology"), TCL Industries

Holdings Co., Ltd. ("TCL Industries"), TCL Electronics Holdings, Ltd. ("TCL Electronics"), and

Shenzhen TCL New Technology Co., Ltd. ("Shenzhen TCL") (collectively, "Defendants" or

"TCL") hereby notifies the Court that the Initial Disclosures pursuant to Paragraph 1 and the

Additional Disclosures pursuant to Paragraph 3 of the Discovery Order (Dkt. No. 23) were

served today on counsel of record for Plaintiff Touchstream Technologies, Inc.

Dated: August 10, 2026

Respectfully submitted,

*/s/ Bradford A. Cangro*
Bradford A. Cangro (Admitted in TXED)
D.C. Bar No. 495996
bradford.cangro@pvuslaw.com
Jacob A. Snodgrass (Admitted in TXED)
D.C. Bar No. 982661
jacob.snodgrass@pvuslaw.com
Ghee J. Lee (Admitted in TXED)
D.C. Bar No. 1019706
ghee.lee@pvuslaw.com
PV Law LLP

1

300087-1794124434-1264

5335 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015
T: (202) 371-6861
F: (202) 888-3163

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Shaun W. Hassett
State Bar No. 24074372
shaunhassett@potterminton.com
POTTER MINTON, P.C.
102 N. College Ave., Suite 900
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2026, a true and correct copy of the foregoing document was electronically filed in compliance with Local Rule CV-5(a) and was served on all counsel who are deemed to have consented to electronic service, per Local Rule CV-5(a)(3).

*/s/ Bradford A. Cangro*
Bradford A. Cangro

2