**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

|  |  |
|---|---|
| **TOUCHSTREAM TECHNOLOGIES, INC.,** | |
| *Plaintiff,* | |
| v. | Case No. 2:26-cv-00102 |
| **TCL TECHNOLOGY GROUP CORP., TCL INDUSTRIES HOLDINGS CO., LTD.; TCL ELECTRONICS HOLDINGS, LTD.; and SHENZHEN TCL NEW TECHNOLOGY CO., LTD.,** | **JURY TRIAL DEMANDED** |
| *Defendants.* | |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

Plaintiff Touchstream Technologies, Inc. ("Touchstream") and Defendants TCL Technology Group Corp., et al. ("TCL") jointly move the Court to enter the proposed Protective Order attached hereto.

[*signature on following page*]

Date: August 10, 2026

Respectfully submitted,

| | |
|---|---|
| */s/ Anita Liu* | */s/ Bradford Cangro* |
| Anita Liu | Bradford A. Cangro (Admitted in TXED) |
| | D.C. Bar No. 495996 |
| Ryan D. Dykal (MO State Bar No. 60905) | bradford.cangro@pvuslaw.com |
| Anita Liu (TX Bar No. 24134054) | Jacob A. Snodgrass (Admitted in TXED) |
| **BOIES SCHILLER FLEXNER LLP** | D.C. Bar No. 982661 |
| 1401 New York Ave, NW | jacob.snodgrass@pvuslaw.com |
| Washington, DC 20005 | Ghee J. Lee (Admitted in TXED) |
| (t): 202-274-1109 | D.C. Bar No. 1019706 |
| rdykal@bsfllp.com | ghee.lee@pvuslaw.com |
| aliu@bsfllp.com | PV LAW LLP |
| | 5335 Wisconsin Avenue, N.W. Suite 440 |
| ***Counsel for Plaintiff Touchstream*** | Washington, D.C. 20015 |
| ***Technologies, Inc.*** | T: (202) 371-6861 |
| | F: (202) 888-3163 |
| | |
| | Michael E. Jones |
| | State Bar No. 10929400 |
| | mikejones@potterminton.com |
| | Shaun W. Hassett |
| | State Bar No. 24074372 |
| | shaunhassett@potterminton.com |
| | POTTER MINTON, P.C. |
| | 102 N. College Ave., Suite 900 |
| | Tyler, Texas 75702 |
| | Tel: (903) 597-8311 |
| | Fax: (903) 593-0846 |
| | |
| | *Attorneys for Defendants TCL Technology* |
| | *Group Corporation, TCL Industries* |
| | *Holdings Co., Ltd., TCL Electronics* |
| | *Holdings Limited, and Shenzhen TCL New* |
| | *Technology Co., Ltd.* |

## CERTIFICATE OF CONFERENCE

Counsel for the parties have complied with the meet-and-confer requirements of Local Rule CV-7(h). The parties were able to reach agreement regarding all provisions. This motion is joint.

*/s/ Anita Liu*
Anita Liu

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document is being served through CM/ECF on

August 10, 2026.

*/s/ Anita Liu*
Anita Liu