**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| TOUCHSTREAM TECHNOLOGIES, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> TCL TECHNOLOGY GROUP CORP., TCL INDUSTRIES HOLDINGS CO., LTD.; TCL ELECTRONICS HOLDINGS, LTD.; and SHENZHEN TCL NEW TECHNOLOGY CO., LTD., <br><br> *Defendants.* | Case No. 2:26-cv-00102 <br><br> **JURY TRIAL DEMANDED** |

## TOUCHSTREAM'S NOTICE OF INITIAL AND ADDITIONAL DISCLOSURES

Plaintiff Touchstream Technologies, Inc. ("Touchstream") hereby notifies the Court it has complied with paragraphs 1 and 3 of the Court's Discovery Order (D.I. 20) by serving the initial and additional disclosures on counsel for TCL Technology Group Corp., et al. ("TCL") via electronic mail on August 10, 2026.

Date: August 10, 2026

Respectfully submitted,

/s/ *Anita Liu*

Anita Liu (TX State Bar No. 24134054)
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave, NW
Washington, DC 20005
(t) 202-274-1109
aliu@bsfllp.com

***Counsel for Plaintiff Touchstream Technologies, Inc.***

1

2

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on August 10, 2026, the foregoing was filed with the Clerk of Court using the CM/ECF system, and all counsel of record who are deemed to have consented to electronic service are being served with a notice of this document via the Court's CM/ECF system.

/s/ *Anita Liu*
Anita Liu
