**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **TOUCHSTREAM TECHNOLOGIES, INC.,**<br><br>*Plaintiff,*<br>v.<br><br>**TCL TECHNOLOGY GROUP CORP., TCL INDUSTRIES HOLDINGS CO., LTD.; TCL ELECTRONICS HOLDINGS, LTD.; and SHENZHEN TCL NEW TECHNOLOGY CO., LTD.,**<br><br>*Defendants*. | Case No. 2:26-cv-00102<br><br>**JURY TRIAL DEMANDED** |

**<u>JOINT MOTION FOR ENTRY OF E-DISCOVERY ORDER</u>**

Plaintiff Touchstream Technologies, Inc. ("Touchstream") and Defendants TCL Technology Group Corp., et al. ("TCL") jointly move the Court to enter the proposed E-Discovery Order attached hereto.

[*signature on following page*]

Date: August 20, 2026

Respectfully submitted,

/s/ Anita Liu
Anita Liu

Ryan D. Dykal (MO State Bar No. 60905)
Anita Liu (TX Bar No. 24134054)
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave, NW
Washington, DC 20005
(t): 202-274-1109
rdykal@bsfllp.com
aliu@bsfllp.com

***Counsel for Plaintiff Touchstream Technologies, Inc.***

/s/ Bradford A. Cangro
Bradford A. Cangro (Admitted in TXED)
D.C. Bar No. 495996
bradford.cangro@pvuslaw.com
Jacob A. Snodgrass (Admitted in TXED)
D.C. Bar No. 982661
jacob.snodgrass@pvuslaw.com
Ghee J. Lee (Admitted in TXED)
D.C. Bar No. 1019706
ghee.lee@pvuslaw.com
PV LAW LLP
5335 Wisconsin Avenue, N.W. Suite 440
Washington, D.C. 20015
T: (202) 371-6861
F: (202) 888-3163

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Shaun W. Hassett
State Bar No. 24074372
shaunhassett@potterminton.com
POTTER MINTON, P.C.
102 N. College Ave., Suite 900
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

*Attorneys for Defendants TCL Technology Group Corporation, TCL Industries Holdings Co., Ltd., TCL Electronics Holdings Limited, and Shenzhen TCL New Technology Co., Ltd.*

**CERTIFICATE OF CONFERENCE**

Counsel for the parties have complied with the meet-and-confer requirements of Local Rule CV-7(h). The parties were able to reach agreement regarding all provisions. This motion is joint.

*/s/ Anita Liu*
Anita Liu

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document is being served through CM/ECF on August 20, 2026.

*/s/ Anita Liu*
Anita Liu