**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| TOUCHSTREAM TECHNOLOGIES, INC.<br><br>v.<br><br>TCL TECHNOLOGY GROUP CORPORATION ET AL | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 2:26-CV-102-JRG |

**<u>NOTICE OF APPEARANCE</u>**

Plaintiff Touchstream Technologies, Inc. hereby notifies the Court that Deron R. Dacus of the firm The Dacus Firm, P.C., 821 ESE Loop 323, Suite 430, Tyler, Texas 75701, 903/705-1117, ddacus@dacusfirm.com, has entered this action as counsel to be noticed on its behalf. In connection with this notice, Mr. Dacus requests that all future pleadings and other papers filed under FED. R. CIV. P. 5 be served on him at the above address and contact information.

Dated: November 9, 2026

Respectfully submitted,

<u>*/s/ Deron R. Dacus*</u>
Deron R. Dacus
State Bar No. 00790553
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: (903) 705-1117
ddacus@dacusfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2026, I electronically filed the foregoing with the Clerk of Court *via* the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Deron R. Dacus*
Deron R. Dacus